UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAIXION NETWORK TECHNOLOGY LTD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>META PLATFORMS INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-03227-JSC<br><br>**PRETRIAL ORDER NO. 1: CASE SCHEDULE** |

Following the initial case management conference held on June 11, 2024, the Court orders the following deadlines:

- Plaintiff Initial Disclosures:　　　　　　　　　　June 11, 2025
- Stipulated Protective Order (or dispute):　　　　June 24, 2025
- Financial Documents Production:　　　　　　　July 11, 2025
- Claim Construction (CC) Hearing　　　　　　　September 2, 2025 at 10:00 a.m.
- Damages Contentions:　　　　　　　　　　　　September 10, 2025
- Rebuttal Damages Contentions:　　　　　　　　October 10, 2025
- Final Election of 10 Asserted Claims (or fewer):　28 days after CC Order

Going forward, this action is governed by the Northern District of California Patent Local Rules. The Court will set a further case management conference at the time of the Claim Construction Hearing.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge