UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAIXION NETWORK TECHNOLOGY LTD,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., et al.,<br><br>Defendants. | Case No. 25-cv-03227-JSC<br><br>**ORDER RE: THE PARTIES' PROPOSED PROTECTIVE AND RULE 502(D) CLAWBACK ORDERS**<br><br>Re: Dkt. Nos. 79, 80 |

On June 12, 2025, following an initial case management conference with the Court held the day before, the Court ordered the parties to file their stipulated or disputed protective orders no later than June 24, 2025. (Dkt. No. 76.) On June 24, 2025, Defendant filed its proposed protective order and proposed 502(d) clawback order with a notice that it had not successfully engaged with Plaintiff about either. (Dkt. No. 79.) Plaintiff did not contest that it failed to engage with Defendant or notify it of any issues with the proposed orders until the day the filing was due with the Court. (Dkt. No. 80.) So, the parties filed individual proposed orders. But under the Court's standing order, the parties must first meet and confer before bringing disputes before it. Accordingly, the parties are again ordered to meet and confer through zoom video or in person by July 2, 2025 at 5:00 p.m. PST. Plaintiff is warned that failure to engage with Defendant may lead to the imposition of sanctions.

The parties stipulated protective order or dispute regarding the same must be filed no later than July 8, 2025 at 5:00 p.m. PST. If there is a dispute, then the dispute letter must identify when the parties met and conferred, through what means, for how long, and who participated.

//

//

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge